

**COMMODITY FUTURES TRADING COMMISSION**
290 Broadway – 6th Floor
New York, NY 10007
Telephone: (646) 746-9700
Facsimile: (646) 746-9888
www.cftc.gov

Division of Enforcement

August 1, 2025

<u>*VIA ECF*</u>

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Commodity Futures Trading Commission v. Temurian et al.* **(23-cv-1235)**

Dear Judge Pollak:

On July 14, 2025, Plaintiff filed its Status Report (ECF No. 69) ("Status Report"). On July 22, the Court docketed the Declaration of Houry Tartarian Regarding Status Report Dated July 14, 2025 (ECF No. 71) ("Declaration"). On July 23, the parties met and conferred to address the concerns raised in the Declaration. On July 29, Plaintiff sent a draft of this letter to Defendant. On July 30, Defendant provided additional details he wished to be shared with the Court. The parties jointly submit this letter as a supplement to the Status Report.

Prior to filing the Status Report, Plaintiff shared it with Defendant who responded without raising any of the concerns stated in the Declaration. The parties agree that the Status Report is factually accurate. The email referenced in part 6 of the Declaration was produced to Defendant on July 8, 2025. Defendant requested the following additional details be shared with the Court:

- The Vista and Temurian bank records described in the Status Report as recently produced by Defendant "were newly asked for in May of 2025, rather than previously withheld."
- "That 90% of the discoveries which have been resubmitted have taken from the existing discoveries that were submitted in 2020 and 2022."
- "That which very few new discoveries were submitted (which found), after we started the meet and confer meeting with you when it was asked from us anew."
- "Although much data [Defendant Temurian] was not able to retrieve, that [he has] given the Source (company names) which you can easily subpoena and get what you are looking for."

The parties continue to work cooperatively on discovery and will submit a further status report by September 12, 2025, as Ordered on July 15, 2025 (ECF No. 70).

Respectfully submitted,

*/s/ Jonathan G. Coppola*
Jonathan G. Coppola, Trial Attorney
Nicole Buseman, Trial Attorney

Commodity Futures Trading Commission
Division of Enforcement
290 Broadway, 6th Floor
New York, NY 10007
Phone: (929) 394-2451
Fax: (646) 746-9938
jcoppola@cftc.gov
nbuseman@cftc.gov

ATTORNEYS FOR PLAINTIFF
COMMODITY FUTURES TRADING
COMMISSION

cc: Armen Temurian (via ECF and E-mail)